**RIVERA HEWITT PAUL LLP**

11341 Gold Express Drive, Suite 160
Gold River, California 95670

Tel: 916-922-1200 Fax: 916 922-1303
JRivera@rhplawyers.com
JNathan@rhplawyers.com

Jesse M. Rivera, SBN 84259
Jill B. Nathan, SBN 186136

Attorneys for Defendants:
*Arata, Swingle, Van Egmond & Heitlinger*
*(sued as Arata, Swingle, Van Egmond & Goodwin PLC),*
*Brad J. Swingle, and Amanda J. Heitlinger*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, individually and as Guardian Ad Litem for her minor children D.X. and L.X., EMANUEL ALVES,<br><br>Plaintiffs,<br><br>vs.<br><br>CARRIE STEPHENS, COUNTY OF STANISLAUS, ARATA, SWINGLE, VAN EGMOND & GOODWIN (PLC), BRAD J. SWINGLE, AMANDA J. HEITLINGER, Does 1-20,<br><br>Defendants. | Case No.: 1:19-cv-00204 AWI BAM<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN THAT defendants BRAD J. SWINGLE, AMANDA J. HEITLINGER, and ARATA, SWINGLE, VAN EGMOND & HEITLINGER (sued as "Arata, Swingle, Van Egmond & Goodwin PLC") hereby appeal in the above named case to the United States Court of Appeals for the Ninth Circuit from the order at Doc. 27 (entered on 8/22/19) denying qualified immunity to defendants - attorney Mr. Swingle and attorney Ms. Heitlinger, for their role in alleged access to juvenile records in violation of the California Welfare and Institutions Code

§ 827. This interlocutory appeal from the denial of qualified immunity automatically divests the district court of jurisdiction to proceed with trial. See *Chuman v. Wright*, 960 F.2d 104 (9th Cir. 1992); *Rodriguez v. Cty. of L.A.*, 891 F.3d 776 (9th Cir. 2018).

Dated: September 12, 2019                    Respectfully submitted,

                                                       RIVERA HEWITT PAUL LLP

                                                      */s/ Jill B. Nathan*
                                                      By: Jill B. Nathan
                                                      Attorneys for Defendants,
                                                     Arata, Swingle, Van Egmond & Heitlinger, Brad J. Swingle, Esq., and Amanda J. Heitlinger, Esq.