UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**ANGELINA NUNES, ET AL.,**
    Plaintiff

    v.                                          **CASE NO. 1:19–CV–00204–AWI–BAM**

**CARRIE STEPHENS, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **September 13, 2019** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

September 16, 2019

                              **MARIANNE MATHERLY**
                              **CLERK OF COURT**

                       **by:** /s/ S. Sant Agata
                            Deputy Clerk