UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

TO:     CLERK, U.S. COURT OF APPEALS

FROM:   CLERK, U.S. DISTRICT COURT

SUBJECT:   NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:19–CV–00204–AWI–BAM** |
| USDC Judge: | **DISTRICT JUDGE ANTHONY W. ISHII** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **ANGELINA NUNES vs. CARRIE STEPHENS** |
| Type: | **CIVIL** |
| Complaint Filed: | **2/12/2019** |
| Appealed Order/Judgment Filed: | **8/22/2019** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Paid on 9/13/2019 in the amount of $505.00**

Information prepared by: /s/  **S. Sant Agata , Deputy Clerk**