UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CARRIE STEPHENS, et al.,<br><br>　　　　　Defendants. | Case No.  1:19-cv-00204-AWI-BAM<br><br>ORDER REGARDING JOINT REQUEST FOR STAY OF ALL PROCEEDINGS<br><br>(Doc. No. 43) |

   On April 28, 2020, the parties filed a joint request to vacate the Initial Scheduling Conference in this case in light of the parties' appeals currently pending before the United States Court of Appeals for the Ninth Circuit.  (Doc. No. 43.)  Although filed as a Joint Scheduling Report, the Court construes the parties' request as a stipulation to stay this case pending resolution of the parties' appeals.

   Pursuant to the parties' joint request, and good cause appearing, this action is HEREBY STAYED pending resolution of the parties' appeals currently before the United States Court of Appeals for the Ninth Circuit.  The parties shall file a joint status report every sixty (60) days, from the date of this Order, notifying the Court of the status of the appeals and addressing whether the case is ready for scheduling.  Failure to comply with this order may result in the imposition of sanctions on counsel or parties who contribute to violation of this order.

IT IS SO ORDERED.

   Dated:   **April 29, 2020**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1