# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CARRIE STEPHENS, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00204-DAD-SAB<br><br>ORDER PERMITTING DEFENDANTS TO FILE OPPOSITION TO PLAINTIFFS' EX PARTE REQUEST FOR SUPPLEMENTAL BRIEFING<br><br>(ECF No. 81)<br><br>**DEADLINE: MAY 19, 2022** |

　　　　Plaintiffs filed an *ex parte* petition for minor's compromise in this action on March 21, 2022. (ECF No. 78.) The matter is currently set for hearing on June 1, 2022. (ECF No. 80.) On May 11, 2022, Plaintiffs filed an ex parte request to submit supplemental briefing on their petition for minor's compromise. (ECF No. 81.) While Plaintiffs do not set forth facts establishing entitlement to *ex parte* relief, see Erichsen v. Cnty. of Orange, 677 F. App'x 379, 380 (9th Cir. 2017); Mission Power Eng'g Co. v. Continental Cas. Co., 883 F. Supp. 488, 492 (C.D. Cal. 1995), nor do they indicate whether Defendants oppose their request, Plaintiffs do submit that Defendants have no standing to object to a petition for minor's compromise. (ECF No. 81 at 2.) The Court shall therefore permit Defendants an opportunity to respond to the *ex parte* request for supplemental briefing. If Defendants wish to respond to Plaintiffs' proffer of their inability to file any opposition or substantively oppose the submission of supplemental

briefing at this time, they may file such response by May 19, 2022. If no response is filed by that time, the Court will accept the supplemental briefing attached to Plaintiffs' *ex parte* request with no further orders to issue prior to the hearing on the petition.

Accordingly, IT IS HEREBY ORDERED that Defendants may file an opposition to Plaintiff's *ex parte* request for supplemental briefing, no later than **May 19, 2022**. If Defendants file an opposition to the *ex parte* motion, Plaintiffs may file a reply no later than **May 26, 2022**.

IT IS SO ORDERED.

Dated:   **May 12, 2022**

UNITED STATES MAGISTRATE JUDGE