# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NUNES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | Case No. 1:19-cv-00204-DAD-SAB<br><br>ORDER RE: JUNE 1, 2022 HEARING ON PLAINTIFFS' PETITION FOR MINORS' COMPROMISE<br><br>(ECF Nos. 80, 83, 84) |

Plaintiffs Angelina Nunes, Emanuel Alves, and minors D.X. and L.X. initiated this action on February 12, 2019. (ECF No. 1.) On June 21, 2021, Defendants filed motions to dismiss. (ECF Nos. 66, 67.) On August 31, 2021, the Court administratively denied Defendants' motions to dismiss and stayed the action pending resolution of the related Ninth Circuit case A.C. v. Cortez, No. 19-55895. (ECF No. 74.) The parties were directed to file a joint notice of decision within ten days of resolution of the Ninth Circuit case.

Though litigation remained stayed, on March 21, 2022, Plaintiffs filed a petition for minors' compromise, which would be dispositive of both this matter and the related case, Nunes v. County of Stanislaus, No. 17-cv-00633-DAD-SAB. (ECF No. 78.) The petition for minors' compromise is currently set for hearing in both matters on June 1, 2022. (See ECF No. 80.)

On May 18, 2022, Defendants filed a unilateral notice of decision, alerting the Court of the resolution of the Ninth Circuit case. (ECF No. 83.) On May 20, 2022, the District Judge, noting the parties were previously ordered to file a joint notice of decision, ordered the parties to meet and confer regarding the status of the case in light of the Ninth Circuit's decision and discuss proposed dates for the filing of supplemental briefing on the impact of the decision on Defendants' prior motions to dismiss. (ECF No. 84.) The parties were directed to file a joint status report on this matter no later than June 13, 2022.

Notwithstanding this later filing deadline, at this time, the Court is inclined to proceed with the pending petition for minors' compromise — which is fully briefed, remains unopposed after multiple opportunities were provided to file an opposition, and which would be dispositive of the entire action — unless the parties file a notice to the Court that they intend to withdraw, continue, or otherwise alter the petition in light of the Ninth Circuit's decision. If the parties do not wish to proceed with the petition for minor's compromise currently set for hearing on June 1, 2022, they shall file a notice to the Court no later than May 25, 2022. If nothing is filed, the Court will proceed on the matter.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a notice regarding the petition for minors' compromise, *if any*, **no later than May 25, 2022**. If no notice is filed, the Court will proceed on the matter as previously set.

IT IS SO ORDERED.

Dated:   **May 23, 2022**

UNITED STATES MAGISTRATE JUDGE

2