UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA NUNES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | No. 1:19-cv-00204-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF THE MINORS' COMPROMISE<br><br>(Doc. Nos. 78, 89, 90) |

On February 12, 2019, plaintiffs Angelina Nunes, Emanuel Alves, and minors D.X. and L.X. by and through their guardian *ad litem* Angelina Nunes (collectively "plaintiffs") filed the pending action against defendants Arata, Swingle, Van Egmond & Goodwin (PLC) and the County of Stanislaus, alleging unauthorized and unconstitutional access and distribution of plaintiffs' confidential juvenile casefile records.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 21, 2022, plaintiffs filed a petition seeking approval of the parties' settlement and minors' compromise.[1]  (Doc. No. 78.)  On May 24, 2022, defendants filed statements of non-

---

[1] The parties filed a nearly identical petition in the related action *Nunes v. County of Stanislaus*, No. 17-cv-00633-DAD-SAB (*Nunes I*), because the parties' settlement resolves both actions.  The assigned magistrate judge issued separate findings and recommendations on the docket in *Nunes I* to address that petition, and the undersigned will issue on order on the docket in *Nunes I* to address those findings and recommendations.

1

opposition to the pending petition.  (Doc. Nos. 86, 87.)  On May 31, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiffs' petition for approval of the minors' compromise be granted and that the parties' settlement be approved.  (Doc. No. 89 at 10.)  The findings and recommendations contained notice that any objections were to be filed within fourteen (14) days.  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has passed.

On June 13, 2022, the parties filed a stipulation to dismiss this action with prejudice.[2]  (Doc. No. 90.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 31, 2022 (Doc. No. 89) are adopted in full;
2. Plaintiffs' petition to approve settlement of the minors' claims (Doc. No. 78) is granted;
3. Pursuant to the parties' stipulation (Doc. No. 90), this action is dismissed with prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 21, 2022**                         /s/ Dale A. Drozd
                                                   UNITED STATES DISTRICT JUDGE

---

[2] Although the parties' stipulation states that they stipulate to the dismissal of *Nunes I* as well, the parties in *Nunes I* have not yet filed a similar stipulation on the docket in that case. Accordingly, the court will not dismiss the *Nunes I* action based upon the stipulation filed by the parties in this action. The undersigned notes, however, that the court will issue an order which will be docketed in the *Nunes I* action directing the parties in that action to file either a stipulation or a request for dismissal of that action.